```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
:
*In re* Ex Parte Application of Ativos Especiais II - Fundo :
de Investimento em Direitos Creditórios - NP and Ativos :
Especiais III - Fundo de Investimento em Direitos : 24-mc-119 (LJL)
Creditórios - NP, :
: ORDER
:
Applicants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Applicants shall indicate by no later than May 16, 2024 whether they intend to oppose the motion to intervene at Dkt. No. 8.

    SO ORDERED.

Dated: May 10, 2024
       New York, New York

                                          LEWIS J. LIMAN
                                        United States District Judge