```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
:
*In re* Ex Parte Application of Ativos Especiais II - Fundo :
de Investimento em Direitos Creditórios - NP and Ativos :
Especiais III - Fundo de Investimento em Direitos     :     24-mc-119 (LJL)
Creditórios - NP,                                      :
:             ORDER
Applicants.              :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The unopposed motion to intervene of Silvana Malandrini Mazza, Francisco Malandrini Mazza, and Stelvio Malandrini Mazza is hereby GRANTED.  *See In re MS Angeln GmbH & Co. KG*, 2011 WL 672411, at *1 (S.D.N.Y. Feb. 8, 2011).  Intervenors shall file a motion to vacate and quash or modify the subpoenas by June 14, 2024.  Applicants shall respond by July 15, 2024.  Intervenors shall reply by July 29, 2024.

      The Clerk of Court is respectfully directed to close Dkt. No. 8.

      SO ORDERED.

Dated: May 15, 2024
       New York, New York
                                              LEWIS J. LIMAN
                                         United States District Judge