USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/3/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
*In re* Ex Parte Application of Ativos Especiais II - Fundo :
de Investimento em Direitos Creditórios - NP and Ativos :
Especiais III - Fundo de Investimento em Direitos :
Creditórios - NP, :           24-mc-119 (LJL)
:
                Applicants. :           ORDER
:
-------------------------------------------------------------------- :
:
:
                                  X

LEWIS J. LIMAN, United States District Judge:

      The Court will hold oral argument on Intervenors' motion to vacate the March 18, 2024 order and quash associated subpoenas on September 9, 2024 at 2:30 p.m. The hearing will be held in-person in Courtroom 15C at the 500 Pearl Street Courthouse. The parties should be prepared to address the argument by Intervenors that Applicants have represented they will not submit further evidence in the *protesto* proceeding. Dkt. No. 26 at 3–4; Dkt. No. 27-1. The Court intends to limit argument to thirty minutes with each side being permitted 15 minutes for argument. The Court has reviewed the papers carefully and counsel should prioritize their strongest arguments.

      SO ORDERED.

Dated: September 3, 2024
       New York, New York

                                                          LEWIS J. LIMAN
                                                          United States District Judge